1  Michael Kind, Esq.
2  Nevada Bar No.: 13903
   **Kind Law**
3  8860 South Maryland Parkway, Suite 106
4  Las Vegas, Nevada 89123
5  (702) 337-2322
   (702) 329-5881 (fax)
6  mk@kindlaw.com
7  *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Joseline Lugo, | Case No.: 2:25-cv-00475-CDS-MDC |
|---|---|
| Plaintiff, | **Plaintiff's motion to remove Matthew Tripp-Cox from the service list** |
| v. | |
| Portfolio Recovery Associates LLC, | |
| Defendant. | |

   Joseline Lugo, by and through counsel, hereby requests that attorney **Matthew Tripp-Cox** be removed from the CM/ECF service list in this matter.

   Mr. Tripp-Cox (Nevada Bar No. 16642) is licensed to practice law in the State of Nevada, including in the Eighth Judicial District Court, from where this case was removed. Although he plans to apply in the near future, Mr. Tripp-Cox has not yet applied for admission to this Court.

   Plaintiff will continue to be represented by attorney Michael Kind in this matter.

   Accordingly, Plaintiff respectfully requests that this Court direct the

MOTION                                                      - 1 -

1 | Clerk of the Court to remove Matthew Tripp-Cox from the CM/ECF Service
2 | List.
3 |     Dated: March 25, 2025.
4 | **KIND LAW**

    */s/ Michael Kind*
    Michael Kind, Esq.
    8860 South Maryland Parkway, Suite 106
    Las Vegas, Nevada 89123
    *Attorney for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-31-25

MOTION     - 2 -